AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida   ▾

| | |
|---|---|
| SUN AND SKY ENTERTAINMENT, INC. <br><br> *Plaintiff(s)* <br> v. <br> SOBIA HUSSAIN <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  0:23-cv-61855-RS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SOBIA HUSSAIN
Office # 25, Layyah Bhakkar Road, Karor Lal Esan Layyah Punjab
Karor Lal Esan
Pakistan 31100

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Palacios Law Firm PLLC
1 Alhambra Plaza, Columbus Circle, PH Floor
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Sep 28, 2023

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court